THE CHICAGO AND EASTERN ILLINOIS RAILROAD COMPANY

*v.*

THE PEOPLE *ex rel.* O. L. McCord, County Treasurer.

*Opinion filed December 22, 1904—Rehearing denied Feb. 9, 1905.*

This case is controlled by the decision in *Chicago, Burlington and Quincy Railroad Co.* v. *People,* (*ante,* p. 458.)

APPEAL from the County Court of Vermilion county; the Hon. S. MURRAY CLARK, Judge, presiding.

H. M. STEELY, (W. H. LYFORD, and E. H. SENEFF, of counsel,) for appellant.

J. W. KEESLAR, State's Attorney, (W. T. GUNN, and SWALLOW & SWALLOW, of counsel,) for appellee.

Per CURIAM: All of the questions involved in this case are fully considered in the case of *Chicago, Burlington and Quincy Railroad Co.* v. *People,* (*ante,* p. 458,) and in accordance with the views therein expressed the judgment of the county court is reversed and the cause remanded.

*Reversed and remanded.*